USDC SCAN INDEX SHEET










```
RAB     6/23/06    8:10
3:06-M -01134    USA V. BEZONSKY
*1*
*CRCMP.*
```

```
                              FILED
                         06 JUN 13 PM 2:39
                         CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA

                                    BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

06 MJ 1134

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br>MICHAEL BEZONSKY (1)<br>JEFFREY WRIGHT (2)<br><br>        Defendants. | Magistrate Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 371 - Conspiracy;<br>18 U.S.C. § 1956(h) - Conspiracy to Launder Money |

The undersigned complainant being duly sworn states:

### Count 1

That between on or about January, 2003, and on or about June 12, 2006, within the Southern District of California and elsewhere, defendant MICHAEL BEZONSKY did conspire with JEFFREY WRIGHT and others to commit offenses against the United States, to wit:

    a.    To devise a scheme to defraud and to obtain money and property by means of false or fraudulent representations, and use the mails or private commercial interstate carrier in furtherance of the scheme to defraud, in violation of Title 18, United States Code, Section 1341;

    b.    To do an act with respect to a drug which results in the drug being misbranded while held for sale after shipment in interstate commerce, with intent to defraud and mislead, in violation of Title 21, United States Code, Sections 331(k), 353(b)(1) and 333(a)(2);

c. To devise a scheme to defraud and to obtain money and property by means of false or fraudulent representations, and use wire communications in furtherance of the scheme to defraud, in violation of Title 18, United States Code, Section 1343;

and one of the defendants did an act intended to effect each of the objects of the conspiracy, all in violation of Title 18, United States Code, Section 371.

## Count 2

That between on or about January , 2003, and on or about June 12, 2006, within the Southern District of California and elsewhere, defendants MICHAEL BEZONSKY and JEFFREY WRIGHT knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, did conspire to conduct financial transactions which involves the proceeds of a specified unlawful activity, to wit, mail fraud, in violation of Title 18, United States Code, Section 1341, knowing that the transaction was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity, and one of the defendants did an act intended to effect the object of the conspiracy, in violation of Title 18, United States Code, Section 1956(h).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Steven Bellis
Special Agent
Internal Revenue Service

Sworn to before me and subscribed in my presence, June \_\_\_\_, 2006.

_____
Hon. Louisa S. Porter
United States Magistrate

2

# AFFIDAVIT

I, Steven Bellis, being duly sworn, hereby depose and state the following:

Pursuant to 21 U.S.C. Section 353(b)(1) some drugs intended for use by humans can be dispensed only upon the valid prescription of a licensed practitioner. Such drugs are known as prescription drugs. Pursuant to Section 353(b)(1) a drug is deemed to be misbranded if it is a prescription drug that was dispensed without the written or oral prescription of a practitioner licensed by law to prescribe such drugs (ie. without a valid prescription). Pursuant to 21 U.S.C. Section 352(f)(1) a drug is also deemed to be misbranded if its labeling fails to bear adequate directions for use. 21 U.S.C. 353(b)(2) allows for certain exemptions from the adequate directions for use labeling requirement if a drug is dispensed via a prescription from a licensed physician. However, this exemption does not apply to "any drug dispensed in the course of the conduct of business of dispensing drugs pursuant to diagnosis by mail". 21 U.S.C. 353(b)(2). Thus, drugs dispensed, as in the instant matter, pursuant to an electronic mail request would not qualify and would be misbranded pursuant to the Food, Drug and Cosmetic Act. 21 U.S.C. 331 prohibits the introduction or delivery for introduction into interstate commerce of any drug that is adulterated or misbranded.

On October 17, 2005, a cooperating witness ("CW") provided information about AFFPOWER.COM. The CW reported that AFFPOWER.COM offered for sale, over the Internet, various prescription (Rx) drugs through several affiliate web sites, utilizing U.S. wholesalers, U.S. physicians, and U.S. pharmacies in filling orders for U.S.-based customers. The CW was an affiliate of AFFPOWER.COM, selling prescription drugs over the internet, prior to his arrest. According to the CW, AFFPOWER.COM has been offering prescription pharmaceuticals via the internet without a prior valid prescription since on or about August, 2004.

On January 11, 2006, IRS/CI Special Agent Gabriel Kornacki provided FDA SA Leitner with an undercover purchase of "Phentermine" and Carisoprodol (soma), both Schedule IV Controlled Substances. The Phentermine and Carisoprodol were purchased by undercover agents in San Diego via the internet from "MEDSDIRECT.US" and "EPHARMACY-USA.COM" respectively. These two websites are affiliated with AFFPOWER.COM, according to documents discovered on the administrative portion of the website maintained by the CW prior to his arrest. On February 21, 2006, the FDA's Forensic Chemistry Center determined that the capsules contained 97.6% of the declared amount of Phentermine, and 107% of the declared amount of Carisoprodal.

Agents in San Diego accessed the "MEDSDIRECT.US" and "EPHARMACY-USA.COM websites and placed the orders for the pharmaceuticals. When they placed their orders, the websites require them to fill out a health questionnaire. According to the websites, a licensed physician would review the questionnaires and issue a valid prescription for the pharmaceuticals. When the pharmaceuticals were delivered, the labeling indicated that Dr. Robert Zwitiashvili had issued the prescription for Carisoprodal, which was filled by Western States Pharmacy, 8894 North Washington, Thornton, Colorado, and Dr. Robert Sawicki had issued the prescription for Phentermine, which was filled by United Care Pharmacy, LLC, 2420 South 17th Street unit-C, Wilmington, North Carolina. Agents made other undercover purchases from websites affiliated by AFFPOWER.COM that were filled by St.Vrain Pharmacy in Lyons, Colorado, and prescribed by a Dr. Prasad and a Dr. Mariani.

Steve Hudson, Director of Investigations & Inspections, North Carolina State Board of Pharmacy ("NCSBP") advised that the NCSBP had completed inspections relative to United Care

Pharmacies, LLC, North Carolina, and on March 7, 2006, suspended their operating permit. Director Hudson stated that the NCSBP had evidence that United Care Pharmacies, LLC was operating as nothing more than a "pill mill" for Internet pharmacy customers.

Chief Inspector Wendy Anderson, Colorado State Board of Pharmacy, (CSBP) indicated that Western States Pharmacy has relocated to 1929 E.Egbert, Brighton, Colorado, and the owner is Donald Coble. Helen Kanpang, supervisor, DEA Diversion in Colorado, advised that Western States Pharmacy and its owner, Don Coble, are conducting business similar to "pill mill operations" by filling multiple scripts from many doctors without having conducted any due diligence in verifying the validity of the prescriptions, and has problems with the lack of established doctor/patient relationships. Agents in Colorado advised that they contacted Dr. Sawicki, who resides in New York, regarding prescriptions supposedly issued by Sawicki and filled by Western States Pharmacy. Sawicki advised them that he did not issue those prescriptions and claimed that it was a case of identity theft.

Inspector Anderson, CSBP, advised that on April 18, 2006, they inspected St. Vrain Pharmacy, 440 Main Street, Lyons, Colorado, and discovered that since approximately December, 2005, St. Vrain Pharmacy has been fulfilling orders for internet pharmacy customers. Several FedEx packages were found by CSBP, filled and ready for mailing to internet customers. Inspector Anderson also stated that one of the owners of St. Vrain is a close friend of Donald Coble, the owner of Western States Pharmacy and that person told CSBP that St. Vrain pays Western States Pharmacy a commission on all internet drug orders they fulfill.

The CW has recorded conversations with the operator of AFFPOWER.COM, monitored by federal agents, during May, 2006. During the course of these conversations, the operator told the CW that the health questionnaires on the affiliated websites were fraudulent and that they had a third party (not the doctor) involved to write paper prescriptions that were shipped to the pharmacies by mail in order to avoid detection by law enforcement. In other conversations, the operator stated that he paid doctors associated with the AFFPOWER.COM website a flat fee of $5 per prescription filled. The operator stated that he purchased all drugs used by the pharmacies to fulfill prescriptions forwarded to them by AFFPOWER.COM and paid pharmacists a flat fee of $10 per prescription filled.

The CW has had a website affiliated with AFFPOWER.COM from October, 2004, to present (at the direction of law enforcement since his arrest). Since that time, the CW has received approximately $250,000 in commissions from the sales of prescription pharmaceuticals via the affiliated website. The CW receives the payment from AFFPOWER.COM in the form of wire transfers from an overseas account at the Bank of Cyprus.

On May 30, 2006, Postel Inspector Daryl Brooks received an e-mail correspondence from Federal Express (Fed-Ex), a domestic parcel carrier, regarding all the prescriptions sent to San Diego County, California, from the St. Vrain pharmacy in Lyons, Colorado. According to the information received from Fed-Ex, one hundred prescriptions were sent to San Diego from St. Vrain. Agents interviewed approximately twenty individuals regarding these orders. During the course of these interviews, agents identified several purchases made through AFFPOWER affiliated web sites. None of those individuals had a prior prescription. Also identified during the course of the interviews was the processing company safetrustprocessing.com, a company identified as being associated with AFFPOWER through several undercover purchases.

On June 8, 2006, Agents arrested the operator of AFFPOWER.COM at the Los Angeles International Airport as he arrived into the United States form Costa Rica (CW-2). After advisement of his rights, CW-2 advised that he was employed by Michael Bezonsky, the owner of AFFPOWER.COM. CW-2 advised that Bezonsky was one of the former owners of RxMedicalOne, (where CW-2 had been previously employed) an internet pharmacy that disappeared after being investigated by authorities. According to CW-2, Bezonsky relocated his operations to Costa Rica and asked CW-2 to operate them for him. CW-2 stated that Bezonsky was assisted by Jeffrey Wright, whose job it was to make the websites operate more efficiently and generate more money.

CW-2 admitted that he has been managing the AFFPOWER.COM operations in Costa Rica since June, 2004. As an employee of AFFPOWER.COM, CW-2 managed the day to day operations in Costa Rica. He acted as a liaison between the affiliates, the recruiters of the pharmacies and the doctors, and Bezonsky and Wright (who had also worked at RxMedicalOne). On a daily basis, he forwarded the invoices to the Bank of Cyprus for payment, simultaneously forwarding the same information to Bezonsky via the internet.

Agents viewed the administrative portion of the AFFPOWER.COM website. The administrative portion of the site identified 29 pharmacies that had received payment from AFFPOWER.COM, including St. Vrain, Western States, and United Care. The administrative portion of the website identified 21 doctors that had received payment from AFFPOWER.COM, including Drs. Sawicki, Mariani, Prasad and Zwitiashvili. The administrative portion of the website indicated that since its inception, AFFPOWER.COM had received over $131 million in orders. The credit card payments for AFFPOWER.COM were processed by safetrustprocessing.com.

Agents also viewed the administrative portion of a second related website, called GRBGlobal.com, which has the same ownership and hierarchy as AFFPOWER.COM and operates in exactly the same fashion. The administrative portion of the GRBGlobal.com website showed 11 doctors and 20 pharmacies, all of which are also doctors and pharmacies listed with AFFPOWER.COM. The administrative portion of the GRBGlobal.com website indicated that since its inception it has received over $35 million in orders.

Agents viewed the emails received by CW-2 from Bezonsky and Jeffrey Wright. In May, 2006, Wright sent an email to CW-2, asking for information about the profit margins for the pharmacy orders, indicating he needed the information to calculate the profit margin for the year to date. Wright also emailed status reports regarding the websites established for internet sales and payment processing. In June, 2006, Wright sent an email questioning the accuracy of the prices of drugs set on the various websites, and requesting follow up action. Wright received emails in May of 2006, discussing the accounts in the banks in Cyprus.

Bezonsky's former website, RXMedicalOne, offered a variety of prescription drugs for sale over the internet without a prior prescription. Records obtained from Union Bank of California indicated that Bezonsky began receiving payment from sales from RxMedicalOne in January 2003, from an account number in the name of RxMedicalOne for which Bezonsky is an authorized signatory. That account received over $48 million in deposits over the period from January 2003 to July, 2004.

On June 12, 2006, CW-2 received a telephone call in San Diego from an affiliate of AFFPOWER.COM, located in San Diego, who offered to provide human growth hormone to

AFFPOWER since he had found a source for it for his internet pharmacy. The affiliate in San Diego was paid approximately $93,000 in affiliate commissions via wire transfer from the bank in Cyprus. The San Diego affiliate also recruited two of the pharmacies that fill the orders and so the San Diego affiliate receives $1 per order filled by each of the pharmacies recruited.

Based upon the foregoing, my training and experience, and information provided to me by other law enforcement officers working this investigation, I have probable cause to believe that MICHAEL BEZONSKY and JEFFREY WRIGHT are intentionally selling misbranded pharmaceuticals and/or controlled substances to individuals within the United States and other countries with the intent to defraud or mislead the government and/or consumers, and is engaging in mail fraud and wire fraud, in violation of Title 18, Section 1341, in the Southern District of California, and wiring the proceeds to affiliates in the United States from a bank account in Cyprus in order to conceal the source and ownership of the proceeds, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

*\*

_____
Steven Bellis, Special Agent
Internal Revenue Service

Sworn to and subscribed before me this __13__ day of June 2006 and I find probable cause.

_____
UNITED STATES MAGISTRATE JUDGE
Southern District of California

\* The misbranding occurred when a perscription pill bottle was recieved pursuant to a w/c purchase which did not have a doctor listed as the perscribing physician.

6/13/06

**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Michael Bezonsky

WARRANT FOR ARREST

CASE NUMBER: 06 MJ 1134

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ___Michael Bezonsky___
                                           Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of Court  ___ Violation Notice  ___ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy and Conspiracy to Launder Money

*ORDERED SEALED*

in violation of Title ___18___, United States Code, Section(s) 371 and 1956(h)

LOUISA S. PORTER
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

Signature of Issuing Officer

6/13/06  San Diego
Date and Location

(By) Deputy Clerk

Bail Fixed at $ to be addressed at 1st appearance in Court   by _____
                                                              Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Jeffrey Wright

**WARRANT FOR ARREST**

CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ___Jeffrey Wright___
                                         Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of Court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy and Conspiracy to Launder Money

in violation of Title ___18___, United States Code, Section(s) 371 and 1956(h)

LOUISA S. PORTER
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

Signature of Issuing Officer

6/13/06  San Diego
Date and Location

(By) Deputy Clerk

Bail Fixed at $ to be addressed at 1st appearance in Court  by _____
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |