| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06cr1400-JAH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| | ) | |
| JEFFRY ALAN WRIGHT (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, JEFFRY ALAN WRIGHT ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(1), as property obtained directly or indirectly as the result of the commission of the violations charged in the Indictment; and

WHEREAS, on or about November 16, 2006, Defendant pled guilty to Count 1 of an Information, which plea included a consent to the forfeiture allegations of the Indictment and an agreement to entry of a **$205,143.00** judgment against the Defendant in favor of the United States; and

WHEREAS, **$205,143.00** (U.S. dollars) having been forfeited to the United States by the Defendant through the administrative process;

//

//

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED: |
| 2 | 1.  Judgment shall be entered in favor of the United State against Defendant JEFFRY |
| 3 | ALAN WRIGHT in the amount of **$205,143.00.** |
| 4 | 2.   Defendant's forfeiture obligation of **$205,143.00** has been paid in full. |
| 5 | 3.  This Order of Forfeiture shall be made final as to the Defendant at the time of |
| 6 | sentencing and is part of the sentence and included in the judgment. |

DATED: July 20, 2010

_____
JOHN A. HOUSTON
United States District Court